UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONARD M. HICKMAN,

    Plaintiff,

v.

    Case No. 2:23-cv-2

    HON. JANE M. BECKERING

HEIDI E. WASHINGTON, et al.,

    Defendants.
_____/

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's Eighth Amendment claim against Defendant Unknown Party #1 (named in the Complaint as "John Doe - assigned position nursing supervisor") remains. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 32) on January 29, 2025, recommending that this Court dismiss Plaintiff's claim against Defendant Unknown Party #1 without prejudice and enter a final judgment concluding this case in favor of Defendants. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Eighth Amendment claim against Defendant Unknown Party #1 is DISMISSED WITHOUT PREJUDICE.

---

[1] Plaintiff is the only remaining party that has appeared in the case. Defendant Unknown Party #1 has not yet filed an appearance.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: February 27, 2025           /s/ Jane M. Beckering
                                                                           JANE M. BECKERING
                                                                          United States District Judge